Filed January 31, 1893.

---

No. 615.

SCANLIN v. STEWART ET AL.

APPEAL.—Jurisdiction.—Case Transferred to Supreme Court.—Subrogation.— Lien.—Jurisdiction, on appeal, of a case wherein affirmative equitable relief is demanded by way of a cross-complaint to enforce a lien and for subrogation, is in the Supreme Court.

From the Shelby Circuit Court.

J. B. McFadden, for appellant.

REINHARD, C. J.—This was an action by appellee Stewart against the appellant and appellee Crum on a promissory note, for the balance of purchase money on real estate. The complaint is to recover judgment on the note and to foreclose a vendor's lien. Appellee Crum filed a cross-complaint, alleging suretyship by him on the note, and

setting up a written contract of indemnity between him and the appellant, alleging payment of the note by him and asking to be subrogated to the rights of appellee Stewart, and that a lien be declared in his favor on the house mentioned in the complaint, and the same to be sold to satisfy cross-complainant's lien. The court made a special finding and decreed a lien in favor of the cross-complainant. Appellant, besides excepting to the court's conclusions upon the special findings, moved for a modification of that portion of the decree declaring and enforcing a lien in favor of said cross-complainant.

We think the jurisdiction of this appeal is in the Supreme Court.

Ordered transferred.

Filed January 31, 1893.